UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA :

-v- : ORDER

LORENZO ALMANZAR, : 19 CR 919 (KMW)

Defendant. :

-----------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

The parties are directed to appear on February 13, 2020, at 2:00 p.m.

The parties have requested an adjournment of the next pre-trial conference scheduled for January 15, 2020, because the parties need more time to produce and review discovery.

The Court excludes the time from today until February 13, 2020, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to produce and review discovery.

Dated: New York, New York
January 14, 2020

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE