UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

LORENZO ALMANZAR,

        Defendant.
-----------------------------------------------------------------x

19 CR 919 (KMW)

**ORDER**

KIMBA M. WOOD, District Judge

    Due to a conflict with the Court's calendar, the conference currently scheduled for February 13, 2020 is adjourned to February 19, 2020 at 2:30 p.m.

SO ORDERED

Dated: New York, New York
        February 12, 2020

                                        KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/20