U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 18, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/20

By ECF

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Almanzar*, 19 Cr. 919 (KMW)

**MEMO ENDORSED**

Dear Judge Wood:

The Government writes respectfully in advance of the status conference currently scheduled for Wednesday, February 19, 2020, at 2:30 PM.

Pursuant to the Court's referral, the defendant in this matter pled guilty before United States Magistrate Judge Robert W. Lehrburger on February 14, 2020.[1] The Government has conferred with defense counsel and, in light of the defendant's plea, the parties respectfully request that the status conference be adjourned and a sentencing date for the defendant be set.

] Granted.
  KMW

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: /s/
Jarrod L. Schaeffer
Assistant United States Attorney
Tel.: (212) 637-2270

cc: James Roth, Esq. (via ECF)

The status conference scheduled for February 19, 2020 is cancelled. Sentencing is scheduled for May 21, 2020 at 11:00 am.

SO ORDERED, N.Y., N.Y.   2-18-20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

---

[1] A transcript of the plea has been ordered and will be forwarded to the Court as soon as it is received by the Government.