UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                   :
UNITED STATES OF AMERICA    :   KMW
                                    :   [PROPOSED] ORDER
           - v. -                       :
                                    :   19 Cr. 919 (KMW)
LORENZO ALMANZAR,              :
                                    :
           Defendant.           :
------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/20

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 14, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:     New York, New York
               3 - 2 , 2020

                                         THE HONORABLE KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE
                                         SOUTHERN DISTRICT OF NEW YORK