# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

March 16, 2020

**By ECF**

Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/20
```

**MEMO ENDORSED**

Re:   *United States v. Lorenzo Almanzar*
      19 Cr. 919 (KMW)

Dear Judge Wood:

I write with the consent of the government to seek a 30 day adjournment of the sentence scheduled for May 21, 2020, due to the coronavirus pandemic.

This time will permit the presentence interview, currently scheduled for tomorrow, to be conducted in a safe environment for all.

I am currently subject to the "containment area" of New Rochelle, New York.

Thank you for your attention to this matter.

*Sentencing is adjourned to June 18, 2020, at 11:00 a.m. Defendant's submission due June 9, 2020. Government submission is due June 12, 2020*

Very truly yours,

*James Roth*

James Roth, Esq.

cc:   AUSA Jarrod Schaeffer
      USPO Paul Hay

SO ORDERED: N.Y., N.Y.  3/23/20

_____
KIMBA M. WOOD
U.S.D.J.

JR/Almanzar/Ltr to Judge/Adj. Sent.