# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/20

April 7, 2020

**By ECF**

Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Lorenzo Almanzar*
             **19 Cr. 919 (KMW)**

Dear Judge Wood:

    I write to respectfully request a 30 day adjournment of the scheduled sentence date of June 18, 2020, due to the current pandemic and complications in conducting an in-person presentence interview.

    Mr. Almanzar requires the services of a Spanish interpreter and conducting the interview telephonically would interfere with any privileged conversations that might be required. Additionally, counsel believes that an in-person interview is necessary to permit Probation Officer Hay to assess Mr. Alamanzar's demeanor and sincerity.

    Thank you for your attention to this matter.

*Sentencing is adjourned to July 23, 2020 at 11:00 a.m.*

Yours truly,

James Roth, Esq.

cc:    AUSA Jarrod Schaeffer
        USPO Paul Hay

4/9/20
Kimba M. Wood
SO ORDERED