# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

May 21, 2020

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/20
```

      Re:    **United States v. Lorenzo Almanzar**
               **19 Cr. 919 (KMW)**

Dear Judge Wood:

      I write to respectfully request a 30-day adjournment of the scheduled sentence date of July 23, 2020.

      I have been in contact with Probation Officer Paul Hay who informs me that as of this date, the Probation Department is unable to proceed to conduct a Presentence Interview by video-conference which is the desire of both counsel and Mr. Almanzar. We respectfully request a 30-day continuance of the current sentence date to hopefully permit the Presentence Interview to be conducted, if not in person, by video-conference. AUSA Jarrod Schaeffer consents to this request.

      Thank you for your attention to this matter.

*Sentencing is adjourned to September 10, 2020, at 11:00 a.m.*

Very truly yours,

*James Roth*

James Roth, Esq.

cc:   AUSA Jarrod Schaeffer
       USPO Paul Hay

*Kimba M. Wood*
SO ORDERED