**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

August 17, 2020

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2020
```

Re:   *United States v. Lorenzo Almanzar*
      19 Cr. 919 (KMW)

**MEMO ENDORSED**

Dear Judge Wood:

I write to respectfully request a 30-day adjournment of the scheduled sentence date of September 3, 2020. ] Granted KMW

Since my prior request we have conducted the pre sentence interview by video. However, because of logistical problems due to the COVID-19 pandemic we still have document requests outstanding.

We respectfully request a 30-day continuance of the current sentence date to complete our sentencing submission and hopefully appear for an in-person sentence before Your Honor. AUSA Jarrod Schaeffer consents to this request.

Thank you for your attention to this matter.

Sentencing is adjourned to october 6, 2020 at 12:30pm.

Very truly yours,

James Roth, Esq.

cc:   AUSA Jarrod Schaeffer, USPO Paul Hay

,8/20/2020

SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.