USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/20

**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

September 21, 2020

By ECF

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Lorenzo Almanzar*
19 Cr. 919 (KMW)

Dear Judge Wood:

I write with the consent of the government to respectfully request a 30-day adjournment of the scheduled sentence date of October 6, 2020.

Mr. Almanzar is not in custody and requests to appear in person for his sentence proceeding.

Thank you for your attention to this matter.

Very truly yours,

James Roth, Esq.

cc: AUSA Jarrod Schaeffer,
USPO Paul Hay

Sentencing is adjourned to November 12, 2020, at 12:00 p.m. Defendant's submission is due by October 29, 2020. Government submission is due by November 5, 2020.

SO ORDERED: N.Y., N.Y. 9/22/20

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.