```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

LORENZO ALMANZAR,

                      Defendant.
---------------------------------------------------------------x

ORDER
19 CR 919 (KMW)

KIMBA M. WOOD, District Judge:

The sentencing currently scheduled for November 12, 2020, is adjourned to Tuesday, November 17, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       September 23, 2020

                                           */s/ Kimba M. Wood*
                                           KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE