# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/20

**MEMO ENDORSED**

December 23, 2020

By ECF

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Lorenzo Almanzar*
19 Cr. 919 (KMW)

Dear Judge Wood:

I write with the consent of the government to respectfully request an adjournment of approximately 60 days of the scheduled sentence date of January 20, 2021.

This request is made to permit Mr. Almanzar, who is not in custody, to appear in person for his sentence proceeding.

Thank you for your attention to this matter.

*Sentencing is adjourned to March 31, 2021, at 11:00 a.m. Defendant's submission is due by March 17. Government submission is due by March 24.*

Very truly yours,

James Roth, Esq.

cc: AUSA Jarrod Schaeffer
USPO Paul Hay

SO ORDERED: N.Y., N.Y. 12/30/20

KIMBA M. WOOD
U.S.D.J.