```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED: 3/2/21              │
└─────────────────────────────────┘
```

March 2, 2021

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Lorenzo Almanzar*, 19 Cr. 919 (KMW)

Dear Judge Wood:

I write to respectfully request an adjournment of Mr. Almanzar's sentence proceeding now scheduled for March 31, 2021, until the first week of June 2021 at a date and time convenient to the Court.

This request is made due to the ongoing COVID-19 pandemic and Mr. Almanzar's desire to be physically present at his sentence proceeding.

AUSA Jarrod Schaeffer consents to this request.

*Sentencing is adjourned to June 3, 2021, at 11:00 a.m. Defendant's Submission is due by May 20. Government Submission is due by May 27.*

Very truly yours,

*James Roth*
James Roth, Esq.

cc:   AUSA Jarrod Schaeffer

SO ORDERED:   N.Y., N.Y.   3/2/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

JR/Almanzar/Adj Rqst