UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

LORENZO ALMANZAR,

               Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 919 (KMW)

KIMBA M. WOOD, District Judge:

The defendant's remote sentencing, currently scheduled for June 3, 2021, is adjourned to June 30, 2021, at 2:00 p.m., as an in-person proceeding.

SO ORDERED.

Dated: New York, New York
       May 20, 2021

                                        KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/21