# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

August 4, 2021

By ECF

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/21
```

MEMO ENDORSED

Re: *United States v. Lorenzo Almanzar*, 19 Cr. 919 (KMW)

Dear Judge Wood:

My client, Lorenzo Almanzar, was sentenced by Your Honor on June 30, 2021, principally to 30 months' imprisonment and ordered to surrender by August 9, 2021. I write to request an extension of Mr. Almanzar's surrender date.

Mr. Almanzar, to date, has not yet been designated and will need time to make necessary arrangements upon his designation.

Accordingly, I respectfully request an extension of 30 days for Mr. Almanzar to surrender.  ] Granted

The government has no objection to this request.

*The defendant shall surrender by Friday, September 10, 2021.*

Very truly yours,

James Roth, Esq.

cc: AUSA Jarrod Schaeffer

Kimba M. Wood  8/6/21
SO ORDERED

JR/Almanzar/Ltr Rqst/Ext of Surrender Date