UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/21
```

-against-

**ORDER**
19 CR 919 (KMW)

LORENZO ALMANZAR,

Defendants.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court hereby grants the defendant's Motion to Proceed in Forma Pauperis, filed by defense counsel on July 13, 2021 (Doc. #47.)

SO ORDERED.

Dated: New York, New York
August 26, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE