```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

LORENZO ALMANZAR,

              Defendant.

-------------------------------------------------------X

19-CR-919 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Lorenzo Almanzar moves the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 56.)  The Government shall respond to Defendant's motion for a sentence reduction no later than November 19, 2022.  Defendant's reply, if any, must be submitted by January 3, 2023.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

    SO ORDERED.

Dated: New York, New York
       October 19, 2022

                                                    */s/ Kimba M. Wood*
                                                 KIMBA M. WOOD
                                         United States District Judge